UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,  Case No. 17-cr-0187-pp

    Plaintiff,

v.

DEON BATTON and LAURA WALTON,

    Defendants.

**ORDER GRANTING GOVERNMENT'S ORAL MOTION FOR AN ORDER REQUIRING THE MILWAUKEE POLICE DEPARTMENT TO REMIT FUNDS FOR RESTITUTION**

On September 26, 2018, the court sentenced defendant Laura Walton for her participation in five Hobbs Act robberies that took place in the city of Milwaukee. Dkt. No. 49. During that hearing, the government told the court that when the defendant was arrested, the Milwaukee Police Department had recovered some of the robbery proceeds; the government explained, however, that the MPD would not turn those funds over to the federal government for application to restitution without a court order. The prosecutor made an oral motion, asking the court to issue such an order. The court agreed to issue such an order.

The court **ORDERS** that the Milwaukee Police Department shall remit to the United States District Clerk of Court for the Eastern District of Wisconsin the sum of $1,759.00, that was seized from Deon Batton and Laura Walton on

October 11, 2017, and is now in the possession of the Milwaukee Police Department. The court **ORDERS** that the Milwaukee Police Department shall make this remitter by certified check, made out to "Clerk, United States District Court." The court **ORDERS** that the Milwaukee Police Department shall clearly identify the payment by the case number (17-cr-187) and name (United States v. Laura Walton and Deon Batton). The court **ORDERS** that when the clerk's office receives these funds, it shall apply them in partial satisfaction of the $3,317.27 in restitution owed in the case, in the manner described on page 5 of the Judgment (dkt. no. 50).

Dated in Milwaukee, Wisconsin this 1st day of October, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**